IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN FRANKLIN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 25-cv-27 JPG |

### **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 3/25/2025      **MONICA A. STUMP, Clerk of Court**

                **s/ Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**